# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

| | | |
|---|---|---|
| VFS US LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. ___20-cv-000389___ |
| vs. | ) | |
| | ) | |
| MICHAEL PITTS, and | ) | |
| MARK THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | | |

## COMPLAINT

Plaintiff, VFS US LLC, by and through the undersigned counsel, sues Defendants, Michael Pitts and Mark Thomas, and allege:

## PARTIES, JURISDICTION AND VENUE

1.      VFS US LLC ("VFS US") is a Delaware limited liability company with its principal place of business in Greensboro, North Carolina. The sole Member of VFS US is VNA Holding, Inc., a Delaware corporation with its principal place of business in Greensboro, North Carolina.   VFS US does business as (a) Mack Financial Services ("Mack Financial") for purposes of offering wholesale and retail financing and (b) North American Transaction Services ("NATS") for offering parts and service financing to customers.

2.     Michael Pitts ("Pitts") is an individual domiciled in Tallahassee, Florida and a citizen of the State of Florida.

3.     Mark Thomas ("Thomas") is an individual domiciled in Tallahassee, Florida and a citizen of the State of Florida.

4.     Jurisdiction of this action is proper under 28 U.S.C. § 1332 because Plaintiff VFS US, a limited liability company, is a citizen of a different state and has members whom are all citizens of different states than each of the Defendants. The amount in controversy in this matter exceeds $75,000 exclusive of interest and costs.

5.     Venue is proper in the Northern District of Florida under 28 U.S.C. § 1391(a)(2) because a substantial part of the events giving rise to the facts alleged in this Complaint occurred within this district.

## NATURE OF THE ACTION

6.     This Complaint arises out of non-party Capital Truck, Inc.'s (currently in a Chapter 11 bankruptcy) ("Capital Truck") breach of (a) financing agreements through which Mack Financial financed inventory for Capital Truck, a Mack truck dealership in Tallahassee, Florida, and (b) parts and service financing agreements with NATS. Defendants Pitts and Thomas guaranteed all obligations owed to VFS US (including Mack Financial and NATS) by Capital Truck and are in breach thereof for nonpayment. This action is for breach of those guaranties and for contractual damages.

2

## FACTS COMMON TO ALL COUNTS

### A.    Floor Plan Financing and Security Agreement

7.     On or about September 19, 2011, Capital Truck entered into a Floor Plan Financing and Security Agreement and Promissory Note (collectively, "FPFA") with Mack Financial. A copy of the Floor Plan Financing Security Agreement and the Promissory Note are attached as Exhibits 1 and 2, respectively.

8.     Pursuant to the FPFA, in exchange for the extension of credit and other advances provided by Mack Financial, Capital Truck agreed to remit payments to Mack Financial as required under the FPFA.

9.     Pursuant to the FPFA, in exchange for the extension of credit and other advances provided by Mack Financial, Capital Truck granted to Mack Financial a security interest in, *inter alia*: (i) all inventory held for sale by Capital Truck financed by Mack Financial, (ii) all vehicles acquired from manufacturers, distributors or any seller by way of as replacement, substitution, addition or otherwise; and (iii) all proceeds of any of the foregoing (collectively, the "Secured Assets").

10.    From 2011 through 2020, Mack Financial financed inventory and equipment for Capital Truck under to the FPFA.

11.    Capital Truck is party to a FleetPreferred Accountholder Application and Agreement with NATS, attached as Exhibit 3, for participation in the MVPreferred parts and service financing program (the "NATS Agreement").

12.    Pursuant to the NATS Agreement, Capital Truck made certain purchases related to its parts and service business, which it financed using its NATS account.

**B.    Guaranties of Pitts and Thomas**

13.    On or about September 2011, Pitts and Thomas each entered into a Guaranty and Subordination Agreement with Mack Financial. A copy of the Guaranty and Subordination Agreement of Pitts and Thomas (the "Guaranties") are attached as Exhibits 4 and 5, respectively.

14.    Pursuant to the Guaranties, in exchange for Mack Financial entering into the FPFA and other credit agreements with Capital Truck, Pitts and Thomas each agreed to guarantee the full and timely payment, performance, and obligations, both "now or hereafter entered into," by Capital Truck to Mack Financial, which extended to all divisions of VFS US, including NATS obligations, both "now or hereafter entered into" by Capital Truck to VFS US.

15.    Subsequent to Pitts and Thomas executing their Guaranties, Mack Financial extended credit and provided financing for Capital Truck pursuant to the FPFA, and NATS extended additional credit to Capital Truck.

**C.    Default Under the FPFA, NATS Agreement and Guaranties**

16.    Capital Truck has defaulted under the FPFA as a result of Capital Truck's breach of various obligations and covenants set forth in the FPFA.

17.    In February 2020, Capital Truck sold certain secured assets of Mack Financial (specifically, Mack trucks with VIN numbers ending in 1218 and 1219) without remitting the sales proceeds thereof to Mack Financial until July 13, 2020. Through and including June 2020, Capital Trucks represented to Mack Financial that it had not collected sales proceeds for VIN numbers ending in 1218 and 1219.

18.    Additionally, in March 2020, Capital Truck sold certain Secured Assets of Mack Financial (specifically, Mack trucks with VIN numbers ending in 8515 and 8516) without timely remitting the sales proceeds thereof to Mack Financial under the terms of the FPFA.  When Mack Financial demanded payment for VIN numbers ending in 8515 and 8516 in July 2020, Capital Trucks initially promised to pay, initiated an ACH payment, but stopped payment on the ACH payment.

19.    Upon information and belief, Capital Truck has also sold additional Secured Assets of Mack Financial without remitting sales proceeds to Mack Financial under the terms of the FPFA.

20.    On or about July 14, 2020, Capital Truck filed a Chapter 11 bankruptcy in the United States Bankruptcy Court for the Northern District of Florida.

21.    Such failures and acts as alleged in the preceding paragraphs are events of default pursuant to the FPFA.

22.    Additionally, Capital Truck has failed to pay certain amounts to NATS under the NATS Agreement, including without limitation charges related to customer parts orders.

23.    Pursuant to each of the Guaranties, upon the occurrence of any breach or default by Capital Truck under the FPFA, Pitts and Thomas are obligated to pay all amounts due and owing to VFS US, including Mack Financial and NATS, within 5 days of demand.

24.    As of July 20, 2020, VFS US was owed $1,834,679.24 pursuant to the FPFA and the Guaranties.

25.    VFS US has performed all of its obligations pursuant to the FPFA and the Guaranties.

## COUNT I: BREACH OF GUARANTY – PITTS

26.    VFS US repeats and realleges allegations one through twenty-five as set forth above.

27.    Demand has been made by VFS US to Pitts to pay the amount due and owing under the FPFA and his Guaranty thereof, but Pitts has failed and refused to pay such amounts as required.

28.    Due to the default of Capital Truck under the FPFA and the default of Pitts under his Guaranty, VFS US has been damaged in the amount no less than $1,834,679.24, plus continuing interest, late fees and other amounts as provided for

6

in the FPFA and the Guaranty.

29.     Under the FPFA and Guaranty of Pitts, VFS US is entitled to all of its costs and attorneys' fees in the enforcement of the FPFA and Guaranty.

WHEREFORE, VFS US, respectfully requests Judgment in its favor and against the Defendants Michael Pitts and Mark Thomas, jointly and severally, for damages in the amount no less than $1,834,679.24, plus continuing interest, late fees, attorneys' fees and costs, and for such other legal and equitable relief this Court deems just.

## COUNT II: BREACH OF GUARANTY – THOMAS

30.     VFS US repeats and realleges allegations one through twenty-five as set forth above.

31.     Demand has been made by VFS US to Thomas to pay the amount due and owing under the FPFA and his Guaranty thereof, but Thomas has failed and refused to pay such amounts as required.

32.     Due to the default of Capital Truck under the FPFA and the default of Thomas under his Guaranty, VFS US has been damaged in the amount no less than $1,834,679.24, plus continuing interest, late fees and other amounts as provided for in the FPFA and the Guaranty.

33.     Under the FPFA and Guaranty of Thomas, VFS US is entitled to all of its costs and attorneys' fees in the enforcement of the FPFA and Guaranty.

7

WHEREFORE, VFS US, respectfully requests Judgment in its favor and against the Defendants Michael Pitts and Mark Thomas, jointly and severally, for damages in the amount no less than $1,834,679.24, plus continuing interest, late fees, attorneys' fees and costs, and for such other legal and equitable relief this Court deems just.

Dated:  August 4, 2020

Respectfully Submitted,

**NELSON MULLINS BROAD AND CASSEL**
*Counsel for Volvo financial Services and Mack Financial Services*

*/s/ Nicolette Vilmos*
**NICOLETTE C. VILMOS, ESQ.**
Florida Bar No. 0469051
390 North Orange Avenue, Suite 1400
Orlando, Florida  32801
Telephone: (407) 839-4200
Facsimile:  (407) 425-8377
Nicolette.vilmos@nelsonmullins.com
Nancy.haarmann@nelsonmullins.com
Christine.Howard@nelsonmullins.com

and

JOHN F. LOAR, ESQ. (FBN: 110386)
215 S. Monroe Street, Ste. 400
Tallahassee, FL 32301
Tel 850-681-6810, Fax 850-681-9792
John.Loar@nelsonmullins.com
Merriejo.Norman@nelsonmullins.com
Cassandra.Finn@nelsonmullins.com

201469092.1 39119/171538